**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 276 MAL 2023

            Respondent                 :

                                           :    Petition for Allowance of Appeal
                                           :    from the Order of the Superior Court

                  v.                             :

                                           :

NATHANIEL A. SPADY,                 :

                                           :

                 Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.